WILLIAM T. BURGESS v. ALPHEUS C. BADGER ET AL.

[Opinion filed July 27, 1887.]

IN ERROR to the Superior Court of Cook County; the Hon.
HENRY M. SHEPARD, Judge, presiding.

Mr. WILLIAM T. BURGESS, in person, plaintiff in error.

Messrs. JOHN WOODBRIDGE and LYMAN & JACKSON, for defendants in error.

*Per Curiam.* Partnership to prosecute certain suits involving estate of bankrupt, and to advance costs and expenses—Proceeding in equity touching nature and extent of agreements, and for an accounting—Decree affirmed as supported by the evidence, there being no substantial error of law.